# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELINA SHANSKY, on behalf of herself and all other similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CARMAZZI, INC. (d/b/a, CARMAZZI GLOBAL SOLUTIONS), a California corporation, and DOES 1 through 20, inclusive, <br><br> Defendants. | No. 2:19-CV-00397-KJM-DB <br><br><br> ORDER |

On December 2, 2019, defendant Carmazzi, Inc. d/b/a Carmazzi Global Solutions filed a petition for bankruptcy in the United States Bankruptcy Court for the Eastern District of California. This action is hereby stayed under 11 U.S.C. § 362(a). All currently scheduled dates presently set before Judge Mueller are hereby VACATED. The parties are hereby ordered to file a Joint Status Report 90 days from the date of this order and every 90 days thereafter. The parties must notify the court within seven days when this case is ready to proceed.

IT IS SO ORDERED

DATED: December 5, 2019.

_____
UNITED STATES DISTRICT JUDGE

1